IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>        Plaintiff,<br><br>    v.<br><br>BELCAMPO MEAT COMPANY, LLC, et al.,<br><br>        Defendants. | Case No. 18-cv-05554-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT** |

Plaintiff Albert Dytch filed the instant action on September 11, 2018, naming as defendants Belcampo Meat Company, LLC ("Belcampo"), CIM Group, L.P. ("CIM"), and Jack London Square Associates, LLC ("Jack London Square"). On October 4, 2018, plaintiff voluntarily dismissed his claims against Jack London Square, leaving Belcampo and CIM as defendants.

Now before the Court is plaintiff's "Acceptance of Defendant's Offer of Judgment Pursuant to Fed. R. Civ. P. 68," filed February 8, 2019, attached to which is Belcampo's "Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68." Having read and considered said filings, the Court rules as follows.

Ordinarily, upon a plaintiff's acceptance of a defendant's offer, judgment would be entered. See Fed. R. Civ. P. 68(a). Where, as here, however, there are multiple parties, judgment may be entered as to fewer than all such parties "only if the court expressly determines that there is no just reason for delay." See Fed. R. Civ. P. 54(b)[1]; see also

---

[1] In this instance, no party has sought such finding, nor are grounds therefor otherwise apparent from the record.

1  Anderson v. Allstate Ins. Co., 630 F.2d 677, 680-81 (9th Cir. 1980) (holding order

2  "adjudicating only some of the claims" is not final until all claims are resolved).

3      The instant offer states it "is intended to resolve all of [p]laintiff's claims in this

4  action" (see Offer at 2:17-18), CIM has not filed a response to the complaint,[2] and plaintiff

5  has not sought entry of default, all of which might suggest plaintiff is no longer pursuing

6  his claims against said defendant. On the other hand, there is no joinder in the offer by

7  CIM, nor is CIM expressly referenced therein.

8      Under such circumstances, the Court hereby DIRECTS plaintiff to file, no later

9  than March 1, 2019, a status report indicating whether he continues to pursue his claims

10 against CIM, and, if so, the status of the parties' compliance with the procedures

11 mandated by the Scheduling Order as modified by court-approved extensions (see Doc.

12 Nos. 4, 22), and, if not, how he proposes to resolve the remaining claims.

13 **IT IS SO ORDERED.**

15 Dated: February 20, 2019

                                         MAXINE M. CHESNEY
                                         United States District Judge

---

[2] CIM's response was due no later than December 14, 2018. (See Stip., filed November 20, 2018.)

2